# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CETTA, | Case No. 2:16-cv-00070-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| ADMINISTRATIVE LAW JUDGE, | |
| Defendant(s). | |

This case involves judicial review of administrative action resulting in the denial of Plaintiff's claim for Social Security benefits. Plaintiff is proceeding *pro se*, and filed his complaint naming the Administrative Law Judge as the defendant. *See* Docket No. 3. The Acting Commissioner of Social Security has now filed an answer as the defendant. *See* Docket No. 9. At the same time, however, the Acting Commissioner of Social Security has not filed a request to correct the caption. The Court hereby **ORDERS** the parties to meet and confer regarding the correct defendant. To the extent the parties agree on the correct defendant, they shall file a stipulation to that effect no later than April 11, 2016. To the extent the parties cannot agree on the correct defendant, the Acting Commissioner of Social Security shall file a request for appropriate relief no later than April 11, 2016.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE