UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BUONPASTORE,<br><br>                Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant(s). | Case No. 2:16-cv-00070-GMN-NJK<br><br>**ORDER** |

Pending before the Court is an unopposed request by Defendant seeking various relief. Docket No. 14. The Court hereby **GRANTS** that request as follows:

- The death of Plaintiff is hereby **NOTED** on the record pursuant to Rule 25 of the Federal Rules of Civil Procedure.
- Plaintiff Michael Cetta is hereby **REPLACED** as plaintiff in this case by his surviving husband, Michael Buonpastore.
- Defendant "Administrative Law Judge" is hereby **REPLACED** as defendant in this case by Carolyn W. Colvin, Acting Commissioner of Social Security.
- The Clerk's Office is **INSTRUCTED** to amend the docket to reflect the above changes to the parties.

- In light of the changed circumstances, the parties shall promptly meet-and-confer regarding an appropriate briefing schedule for this case. A stipulation setting out that briefing schedule shall be filed no later than April 19, 2016.

IT IS SO ORDERED.

DATED: April 12, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE