DANIEL G. BOGDEN
United States Attorney
District of Nevada

CYNTHIA B. DE NARDI
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone: (415) 977-8961
Fax: (415) 744-0134
Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BUONPASTORE, <br><br>            Plaintiff, <br><br>     v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br>            Defendant. | Case No. 2:16-cv-00070, GMN-NJK <br><br> **STIPULATED BRIEFING SCHEDULE** |

On April 12, 2016, the Court ordered the parties to meet and confer regarding an appropriate briefing schedule (Doc. 19).  The parties propose the following:

1. Plaintiff shall file a motion for reversal and/or remand on or before May 19, 2016.

2. If Defendant has not filed a notice of voluntary remand, Defendant shall file a cross-motion to affirm which will be considered an opposition to Plaintiff's motion on or before June 20, 2016.

3. Plaintiff shall file an optional reply on or before July 11, 2016.

The pleadings will conform to the requirements set forth in the Court's Order Concerning Review of Social Security Cases, dated March 28, 2016 (Doc. 11).

Respectfully submitted this 19th day of April 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

*Michael Buonpastore**
MICHAEL BUONPASTORE
Plaintiff
(*authorized by email on 4/18/16)

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED.
Dated:  April 20, 2016

_____
United States Magistrate Judge