UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BUONPASTORE,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00070-GMN-NJK<br><br>**ORDER** |

Plaintiff is appearing in this case *pro se* as the surviving husband of Michael Cetta. The deadline for Plaintiff to file a motion for reversal and/or remand expired on July 1, 2016. *See* Docket No. 23. On July 1, 2016, the Court received a one-page document from Plaintiff indicating that the ALJ's decision in this case should be reversed based on the "MedBe rule." *See* Docket No. 24-1. The Court hereby **SETS** a hearing in this case for 3:00 p.m. on August 2, 2016, in Courtroom 3B. The deadline for the Commissioner to file a responsive brief or notice of voluntary remand is hereby **VACATED**.

IT IS SO ORDERED.

DATED: July 18, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE