1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

MICHAEL BUONPASTORE,

11
                              Plaintiff(s),

12
vs.

13
CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

14

15
                              Defendant(s).

Case No. 2:16-cv-00070-GMN-NJK

**ORDER**

16      The hearing set in this case for August 2, 2016, is hereby **MOVED** to Courtroom 3D.

17      IT IS SO ORDERED.

18      DATED: August 1, 2016

19                                          _____
                                            NANCY J. KOPPE
20                                          UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28